No. 21-1919

# In the United States Court of Appeals for the Fourth Circuit

_____

NEUHTAH OPIOTENNIONE, individually and on behalf of others similarly situated,

*Plaintiff-Appellant*,

v.

BOZZUTO MANAGEMENT CO., ET AL.,

*Defendants-Appellees.*

_____

On Appeal from the United States District Court
for the District of Maryland
Case No. 8:20-cv-01956-PJM (The Honorable Peter J. Messitte)

_____

**JOINT MOTION FOR AN EXTENSION OF TIME TO FILE DEFENDANTS-APPELLEES' RESPONSE BRIEF AND AMEND BRIEFING SCHEDULE**

_____

The Defendants-Appellees respectfully request an amended briefing schedule in which their response brief due date would move from January 25, 2022 to February 15, 2022 and the reply brief due date would move from February 21, 2022 to March 21, 2022. This is the fourth extension request submitted by any party. No party will be prejudiced by the request.

There is good cause to extend the deadline to file the response brief. Defendants-Appellees will file a joint response brief. Because there are four corporate appellees who are not related to each other and who will file a single response brief, preparing and filing that brief requires additional time and coordination.

Accordingly, the Parties request a modification of the current briefing schedule. For the foregoing reasons, this motion for an extension and to amend the briefing schedule should be granted.

                                        Respectfully submitted,

| | |
|---|---|
| LYNN E. CALKINS | JONATHAN E. TAYLOR |
| HOLLAND & KNIGHT LLP | DEEPAK GUPTA |
| 800 17th Street, NW, Suite 1100 | PETER ROMER-FRIEDMAN |
| Washington, DC 20006 | LINNET DAVIS-STERMITZ |
| (202) 955-3000 | ROBERT FRIEDMAN |
| lynn.calkins@hklaw.com | GUPTA WESSLER PLLC |
| *Counsel for Defendant-Appellee Bozzuto Management Company* | 2001 K Street, NW, Suite 850 North |
| | Washington, DC 20006 |
| | (202) 888-1741 |
| | peter@guptawessler.com |
| | *Counsel for Plaintiff-Appellant* |

1

MICHAEL EVAN JAFFE
JACK MCKAY
DAVID C. GROSSMAN
PILLSBURY WINTHROP SHAW
PITMAN LLP
1200 17th Street, NW
Washington, DC 20036
(202) 663-8000
michael.jaffe@pillsburylaw.com
*Counsel for Defendant-Appellee
Tower Construction Group, LLC*

W. CHRISTIAN MOFFITT
FOX ROTHSCHILD
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA 19422
(610) 397-6500
*cmoffitt@foxrothschild.com*
*Counsel for Defendant-Appellee
Kettler Management Inc.*

MICHAEL S. BURKHARDT
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5130
[michael.burkhardt@morganlewis.com](michael.burkhardt@morganlewis.com)

GRACE E. SPEIGHTS
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-5189
*Counsel for Defendant-Appellee JBG
SMITH Management Services, LLC*

MATTHEW K. HANDLEY
RACHEL NADAS
HANDLEY FARAH &
ANDERSON PLLC
200 Massachusetts Avenue NW
7th Floor
Washington, DC 20001
(202) 559-2411
*mhandley@hfajustice.com*
*Counsel for Plaintiff-Appellant*

2

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this motion contains 152 words, excluding the parts exempted by Rule 32(f). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

January 21, 2022                                       /s/Lynn E. Calkins
                                                       Lynn E. Calkins

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2022, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Fourth Circuit by using the CM/ECF system. All participants will be served by the CM/ECF system.

January 21, 2022  /s/Lynn E. Calkins
Lynn E. Calkins