# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

www.ca4.uscourts.gov

November 14, 2022

_____

TENTATIVE CALENDAR ORDER

_____

No.   21-1919,        Neuhtah Opiotennione v. Bozzuto Management Company
8:20-cv-01956-PJM

This case is tentatively calendared for in-person oral argument during the 1/24/23 - 1/27/23, oral argument session in Richmond, Virginia.

Any motions that would affect the scheduling of argument, including motions to continue, submit on the briefs, or argue by videoconference, must be filed by 11/21/2022, or counsel must show that relief could not have been requested by that date. Motions must state whether opposing counsel consents to the requested relief.

Any conflicts that would affect the scheduling of argument and any additional cases counsel is tentatively scheduled to argue during this session must be identified by filing a Notice Regarding Conflict with Proposed Argument Dates (form available at www.ca4.uscourts.gov/court-form-fees) by 11/21/2022. The form should not be filed if counsel is available throughout the session and is

arguing this case only.

No additional paper copies of briefs and appendices are required from counsel. The paper copy requirement applies to any briefs and appendices filed by counsel but not to pro se briefs. Paper copies must be identical as to cover, binding, page numbering, and formatting, and must match the electronic copy. No ECF entry is made by counsel when filing paper copies of previously filed briefs and appendices.

Counsel will be notified either that the case has been scheduled for a date certain during the session or continued to the next available session. The identity of the panel hearing a case is not disclosed until the morning of argument.

For questions regarding scheduling of argument, please call 804-916-2714. For questions regarding required copies of briefs and appendices, please call 804-916-2700.

/s/ PATRICIA S. CONNOR, CLERK
By: Joseph L. Coleman, Jr., Calendar Clerk