# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

December 19, 2022

_____

NOTICE

_____

No.    21-1919,      <u>Neuhtah Opiotennione v. Bozzuto Management Company</u>
                                     8:20-cv-01956-PJM

Dear Counsel:

Please be advised that the check in time for your oral argument is updated to 8:45 – 9:00.



Joseph L. Coleman, Deputy Clerk
804-916-2714