FILED: March 26, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1919
(8:20-cv-01956-PJM)

_____

NEUHTAH OPIOTENNIONE

  Plaintiff - Appellant

 and

HOUSING RIGHTS INITIATIVE

  Plaintiff

v.

BOZZUTO MANAGEMENT COMPANY; KETTLER MANAGEMENT INC.; JBG SMITH MANAGEMENT SERVICES, LLC; TOWER CONSTRUCTION GROUP, LLC

  Defendants - Appellees

 and

FAIRFIELD RESIDENTIAL COMPANY LLC

  Defendant

------------------------------

AMERICAN CIVIL LIBERTIES UNION FOUNDATION; LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW; NATIONAL FAIR HOUSING ALLIANCE; WASHINGTON LAWYERS' COMMITTEE FOR

CIVIL RIGHTS AND URBAN AFFAIRS; AARP; AARP FOUNDATION

 Amici Supporting Appellant

---

## M A N D A T E

---

 The judgment of this court, entered March 4, 2025, takes effect today.

 This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*